WILLIAM BRUSH v. PROSPECT SALES CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN S. KEDROVSKY, Individually and on Behalf of All Others Similarly Situated, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH, Alleged Corporation, and Others, and PLATON ROZDESTVENSKY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DANIEL REARDON v. HENRY G. ABELE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GEORGE E. SEALY v. NOMIS REALTY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RUDOLPH MARKS (Amended to RUDOLPH MARKS RODKINSON) v. HENRY J. HAECKER and Others.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NELSON MACY, Individually and as Executor, etc., of FRANCIS H. MACY, Deceased, v. SUSAN A. BURCHILL and Another, Individually and as Execv trix and Executor, Respectively, etc., of KATHERINE J. MACY, Deceased, and Others. – Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon the filing by the defendants of the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

NELSON MACY, Individually and as Executor, etc., of FRANCIS H. MACY, Deceased, v. SUSAN A. BURCHILL and Another, Individually and as Executrix and Executor, Respectively, etc., of KATHERINE J. MACY, Deceased, and Others.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon the filing by the defendants of the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

NELSON MACY, Individually and as Executor, etc., of FRANCIS H. MACY, Deceased, v. SUSAN A. BURCHILL and Another, Individually and as Executrix and Executor, Respectively, etc., of KATHERINE J. MACY, Deceased, and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

HARRY BROUS v. IMPERIAL ASSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BERNHARD M. JOFFE v. ALEXANDER HELLER, Otherwise Known as "AL" HELLER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Petition of WILLIAM C. STONE to Enforce an Attorney's Lien. HELEN BLESSING v. HERMAN WIEBKE and DORA WIEBKE.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of EDWARD WIDDER for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PIERRE VAN ARSDALE v. CROSS & BROWN COMPANY.— Motion granted upon